WILHELMINA C. GEIGER, Administratrix, etc., of WILLIAM GEIGER, Deceased, Respondent, v. EMIL FELDBERG, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

In the Matter of the Application of PAULINE V. ROGERS, Appellant, for a Determination of Her Right under Section 18 of the Decedent Estate Law to Elect to Take against the Provisions of the Last Will and Testament of HENRY H. ROGERS, Deceased, and the Effect of Such an Election. ADRIAN H. LARKIN and Others, as Executors of and Trustees under the Last Will and Testament of HENRY H. ROGERS, Deceased, WILLIAM R. COE and Others, as Trustees under the Last Will and Testament of HENRY H. ROGERS, SR., Deceased, Appellant. NATHAN O. PETTY, Special Guardian for ARTURO HENRY PERALTA RAMOS and PAUL JAIME PERALTA RAMOS, Infants under the Age of Fourteen Years, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

DOTTY KASSEL, Appellant, v. SAM ELLIS and IDA ELLIS, the Person Intended Being the Owner of Premises 126 Division Avenue, Brooklyn, Respondents.— Motion for leave to appeal to the Appellate Division denied. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

KOKANCOAL COMPANY, INC., Appellant, v. ERWIN J. KASTEN, Defendant, and MATTHEW LILLING and ARTHUR A. SCHERZER, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

A. LENOBEL, INC., Appellant, v. CHARLES G. SENIF, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

JOSEPH LOFFINI, as Treasurer of Journeymen Barbers' International Union of America, Local 217, Appellant, v. JOHN BELLITTERI and Others, Respondents.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

WILLIAM MILLS, an Infant, by MARTHA MILLS, His Guardian ad Litem, Respondent, v. JEANETTE BLUESTEIN, Defendant, and ADOLPH A. BERLE, JR., as Chamberlain of The City of New York, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 440.] The following question is certified: Is the respondent entitled to receive from the present chamberlain in cash the sum of $991.54, together with interest and less the chamberlain's legal fees and disbursements? Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

ANN C. MORRISSEY, as Administratrix, etc., of JAMES MORRISSEY, Deceased, Appellant, v. ANTHONY MAZZIO, Defendant, and EMIL B. SPIVAK and REO MOTOR CAR CO. OF NEW YORK, INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied on the merits. Furthermore, the application is not made within the time prescribed by the rules of this court. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Taylor, JJ.

JANET R. SHIMER, Respondent, v. EMMA H. STERRETT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the